# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Luis Manuel Gomez-Vasquez     *Principal*
A200 236 675    YOB:    1992    the United Mexican States

United States District Court
Southern District of Texas
**FILED**
AUG 1 3 2014
**Clerk of Court**

## CRIMINAL COMPLAINT

Case Number:
**M-14-1554-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 12, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Pedro Antonio Sandino-Soza, citizen and national of Nicaragua, and Fernando De Jesus Lopez-Galdamez, citizen and national of El Salvador, along with eleven (11) other undocumented aliens, for a total of thirteen (13), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Alamo, Texas to the point of arrest near Alamo, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**    **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 12, 2014, Border Patrol Agents (BPAs) O. Saenz and B. Safford were conducting patrol duties near the Santa Anna Wildlife Refuge in Alamo, Texas. This area is along the Rio Grande River and is frequently utilized for alien and narcotic smuggling. Agents then responded to suspected traffic and located 15 subjects hidden in a brushy area. The 15 subjects were interviewed and admitted being illegally present in the United States. All of the subjects were then transported for further questioning and processing. At the station, statements were taken by the illegal aliens and two material witnesses associated Luis Manuel Gomez-Vasquez to alien smuggling in this case. Gomez and another subject, who was a minor and not prosecuted, displayed characteristics of a food guide transporting illegal aliens.

**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint:    [X] Yes   [ ] No

*Approved by*
*Joseph Leonard*

Signature of Complainant

**Frediberto Hernandez**    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**August 13, 2014**      at   **McAllen, Texas**
Date                                                City and State

**Dorina Ramos**, U. S. Magistrate Judge
Name and Title of Judicial Officer

*Dorina Ramos*
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-1554-M

RE:     Luis Manuel Gomez-Vasquez          A200 236 675

CONTINUATION:

**Principal Statement:**

Luis Manuel Gomez-Vasquez was read his Miranda Rights and requested an attorney be present for questioning. No questions were asked.

**Material Witness Statements:**

Both material witnesses were read their Miranda Rights and provided statements.

Pedro Antonio Sandino-Soza claimed to be a citizen of Nicaragua and illegally entered into the U.S. Sandino stated he paid $1,500 to be smuggled to McAllen, Texas and would pay an additional $2,000 when he arrived in Houston. He stated the group he crossed with were being led by one foot guide. The guide instructed them to walk and stay in a straight line and not make noise. He was using his cellular phone as they walked asking the other person if the roads were clear of law enforcement. Sandino identified Luis Manuel Gomez-Vasquez as the foot guide.

Fernando De Jesus Lopez-Galdamez claimed to be a citizen of El Salvador and illegally entered into the U.S. Lopez stated his brother coordinated his smuggling arrangements so he was not aware of the amount. He further stated a foot guide met them on the Mexico side of the border and crossed with them into the U.S. The foot guide instructed the group to walk as quickly as possible and keep quiet. The foot guide was on the cellular phone as they walked north and did not reach the pick-up location since they were arrested. Lopez identified Luis Manuel Gomez-Vasquez as the foot guide.